# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

145767-8

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

ENVISION BUILDERS, INC.,
          Plaintiff-Appellant,

v

          SC: 145767-8
          COA: 303652, 303668
          Macomb CC: 2010-001389-CK

CITIZENS INSURANCE COMPANY OF
AMERICA,
          Defendant/Cross-Defendant-
          Appellee,

and

MASSACHUSETTS BAY INSURANCE
COMPANY, and HANOVER INSURANCE
COMPANY,
          Defendants/Cross-Defendants,

and

SECURA INSURANCE,
          Defendant/Cross-Plaintiff-
          Appellee.

_____/

        On order of the Court, the application for leave to appeal the July 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

p0122